**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

JOSE TREVINO,
    *Plaintiff*
              §
-vs-
              §   SA-24-CV-00442-XR

EQUIFAX INFORMATION SERVICES
LLC,
    *Defendant*

§
§
§
§
§
§
§
§

## SETTLEMENT ORDER

The parties have informed the Court that the parties have reached a settlement in this matter. ECF No. 8. To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines and settings, and **ORDERS** the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **September 9, 2024**. **Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to do so.**

It is so **ORDERED**.

**SIGNED** this 10th day of July, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE