**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| JOSE TREVINO ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.:  5:24-cv-442-XR |
| ) | |
| EQUIFAX INFORMATION SERVICES, LLC ) | |
| ) | |
| Defendant. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., Plaintiff Jose Trevino and Defendant Equifax Information Services, LLC, by and through their respective undersigned counsel hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Defendant with each party to bear its own attorney's fees and costs.

Dated: September 9, 2024

**HALVORSEN KLOTE**

By:    <u>/s/ Joel S. Halvorsen</u>
        Joel S. Halvorsen, #67032
        680 Craig Road, Suite 104
        St. Louis, MO  63141
        P: (314) 451-1314
        F: (314) 787-4323
        joel@hklawstl.com
        *Attorneys for Plaintiff*

**EQUIFAX INFORMATION SERVICES, LLC**

By:    <u>/s/Forrest Mathew Seger, III (with consent)</u>
        Forrest Mathew Seger, III
        Clark Hill PLC
        2301 Broadway St.
        Email: TSeger@clarkhill.com
        LEAD ATTORNEY
        ATTORNEY TO BE NOTICED

## CERTIFICATE OF SERVICE

The undersigned signature below is certification that a true and correct copy of this document was sent via court's electronic filing system this 9 September 2024, to all counsel of record:

/s/ Joel S. Halvorsen